**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**PHUONG H. NGUYEN, AKA
LJ, Defendant-Appellant.**

**No. 16-30128**

United States Court of Appeals,
Ninth Circuit.

Submitted December 8, 2017 *
Seattle, Washington

Filed December 14, 2017

Charlene Koski, Assistant U.S. Attorney, Helen J. Brunner, Esquire, Assistant U.S. Attorney, Vincent Thomas Lombardi, II, Esquire, Assistant U.S. Attorney, DOJ-Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee

Phuong H. Nguyen, Pro Se

*See* Fed. R. App. P. 34(a)(2).

Before: HAWKINS, McKEOWN, and CHRISTEN, Circuit Judges.

### MEMORANDUM **

Phuong Nguyen appeals his guilty-plea conviction and 144-month sentence imposed for conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C) and felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Nguyen has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal. Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

Before: HAWKINS, McKEOWN, and CHRISTEN, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

